131 A.3d 408

IN THE MATTER OF ANNE P. CATALINE, AN ATTORNEY AT LAW (ATTORNEY NO. 001691994).

March 2, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–160, recommending on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **ANNE P. CATALINE** of **MARLTON,** who was admitted to the bar of this State in 1994, and who has been temporarily suspended from the practice of law since October 8, 2014, be disbarred for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), *RPC* 1.15(a) (failure to safeguard funds), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979);

And **ANNE P. CATALINE** having failed to appear on the Order directing her to show cause why she should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **ANNE P. CATALINE** be disbarred, effective immediately, and that her name be stricken from the roll of attorneys;

ORDERED that **ANNE P. CATALINE** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **ANNE P. CATALINE** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.